IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:**  McCarroll, Jeffrey L  
McCarroll, Danette M  
Printed: 10/2/07

Case Number: 05 B 61170  
Judge: Hollis, Pamela S  
Filed: 10/16/05

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:    Dismissed: August 20, 2007  
Confirmed: April 3, 2006

## SUMMARY OF RECEIPTS & DISBURSEMENTS

|  | Receipts | Disbursements |
|---|---|---|
|  | 5,491.00 |  |
| Secured: |  | 2,704.00 |
| Unsecured: |  | 0.00 |
| Priority: |  | 0.00 |
| Administrative: |  | 2,500.00 |
| Trustee Fee: |  | 287.00 |
| Other Funds: |  | 0.00 |
| Totals: | 5,491.00 | 5,491.00 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Ernesto D Borges Jr Esq | Administrative | 2,500.00 | 2,500.00 |
| 2. | Internal Revenue Service | Secured | 0.00 | 0.00 |
| 3. | Triad Financial Services | Secured | 9,765.52 | 2,704.00 |
| 4. | Internal Revenue Service | Priority | 14,176.08 | 0.00 |
| 5. | Triad Financial Services | Unsecured | 987.54 | 0.00 |
| 6. | National City Bank | Unsecured | 307.11 | 0.00 |
| 7. | B-Line LLC | Unsecured | 75.56 | 0.00 |
| 8. | Triad Financial Services | Unsecured | 1,228.01 | 0.00 |
| 9. | T Mobile | Unsecured | 26.64 | 0.00 |
| 10. | Peoples Energy Corp | Unsecured | 108.29 | 0.00 |
| 11. | Safeway Grocery | Unsecured | 42.55 | 0.00 |
| 12. | Sallie Mae | Unsecured | 1,650.24 | 0.00 |
| 13. | Onyx Acceptance Corp | Unsecured | 376.28 | 0.00 |
| 14. | Internal Revenue Service | Unsecured | 1,788.21 | 0.00 |
| 15. | Armor Systems Co | Unsecured | | No Claim Filed |
| 16. | Certified Svc. | Unsecured | | No Claim Filed |
| 17. | Monterey Financial Services | Unsecured | | No Claim Filed |
| 18. | Comcast | Unsecured | | No Claim Filed |
| 19. | Commonwealth Edison | Unsecured | | No Claim Filed |
| 20. | Dish Network | Unsecured | | No Claim Filed |
| 21. | Charter One Bank | Unsecured | | No Claim Filed |
| 22. | Lane Bryant | Unsecured | | No Claim Filed |
| 23. | New York & Co | Unsecured | | No Claim Filed |
| 24. | Lincoln Towing | Unsecured | | No Claim Filed |
| 25. | Medical Payment Data | Unsecured | | No Claim Filed |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| IN RE: | McCarroll, Jeffrey L | Case Number: 05 B 61170 |
|---|---|---|
|  | McCarroll, Danette M | Judge: Hollis, Pamela S |
|  | Printed: 10/2/07 | Filed: 10/16/05 |

| 26. | SBC | Unsecured | | No Claim Filed |
|---|---|---|---|---|
|  |  |  | _____ | _____ |
|  |  |  | $ 33,032.03 | $ 5,204.00 |

### TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 5.5% | 137.00 |
| 4.8% | 96.00 |
| 5.4% | 54.00 |
|  | _____ |
|  | $ 287.00 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

_Denise Ashley_